# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ADAM S. LEVY on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GUTIERREZ, RICHARD J. GAYNOR, RAJA BAL, J. MICHAL CONAWAY, KATHLEEN A. COTE, ERNEST L. GODSHALK, MATTHEW E. MASSENGILL, MARY PETROVICH, ROBERT E. SWITZ, NOEL G. WATSON, THOMAS WROE, JR., MORGAN STANLEY & CO. LLC, GOLDMAN, SACHS & CO., AND CANACCORD GENUITY INC., AND APPLE, INC.<br><br>Defendants. | No. 1:14-cv-00443-JL<br><br>ECF CASE |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF INDIVIDUAL DEFENDANT AND UNDERWRITER DEFENDANT SETTLEMENTS AND PLAN OF ALLOCATION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlements and Providing for Notice dated February 13, 2018 (ECF No. 179), and upon (i) the Declaration of John C. Browne in Support of: (I) Lead Plaintiff's Motion for Final Approval of Individual Defendant and Underwriter Defendant Settlements and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Individual Defendant and Underwriter Defendant Settlements and Plan of Allocation; and (iii) all other papers and proceedings herein, Lead Plaintiff, Douglas Kurz ("Lead Plaintiff"), on behalf of himself and the Settlement Classes, will

and does hereby move this Court, before the Honorable Joseph N. Laplante, on June 28, 2018 at 2:00 p.m., at the United States District Court for the District of New Hampshire, Courtroom 2, 55 Pleasant Street, Concord, NH 03301-3941, or at such other location and time as set by the Court, for entry of Judgments approving the proposed Settlements as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.  The proposed Judgments and Order granting the requested relief will be submitted with Lead Plaintiff's reply papers after the June 7, 2018 deadline for objecting to the Settlements and requesting exclusion from the Settlement Classes have passed.

Dated:   May 24, 2018	Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *John C. Browne*
John C. Browne (Admitted *Pro Hac Vice*)
Lauren Ormbsbee
Ross Shikowitz
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444

*Lead Counsel for Plaintiffs*

**ORR & RENO, P.A.**

/s/ *Jennifer A. Eber*
Jennifer A. Eber N.H. Bar No. 8775
Jeffrey C. Spear N.H. Bar No. 14938
45 S. Main Street, PO Box 3550
Concord, NH 03302-3550
Tel: (603) 224-2381
Fax: (603) 224-2318
jeber@orr-reno.com
jspear@orr-reno.com

*Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2018, the above Lead Plaintiff's Motion for Final Approval of Individual Defendant and Underwriter Defendant Settlements and Plan of Allocation was electronically served through ECF on all registered attorneys in the case under Civil Action No. 14-cv-00443-JL.

                                                    */s/ Jennifer A. Eber*
                                                    Jennifer A. Eber N.H. Bar No. 8775
                                                    45 S. Main Street, PO Box 3550
                                                    Concord, NH 03302-3550
                                                    Tel: (603) 224-2381
                                                    Fax: (603) 224-2318
                                                    jeber@orr-reno.com
                                                    jspear@orr-reno.com